

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*150 Fayetteville Street*          *Telephone (919) 856-4530*
*Suite 2100*                       *Criminal FAX (919) 856-4487*
*Raleigh. North Carolina 27601*    *Civil FAX (919) 856-4821*
                                   *www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:       March 15, 2022

TO:         United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina 27601

FROM:       J.D. KOESTERS
            Assistant United States Attorney

SUBJECTS: <u>United States v. Donte Ramone Howard</u>
            Docket No. 5:22CR54 - Western Division

Donte Ramone Howard is being charged by indictment with one count of conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 21 United States Code, Sections 846 and 841(a)(1); one count of possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); one count of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924; and one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18 United States Code, Section 924(c)(1)(A)(i).

A previously filed indictment, <u>United States v. Glenn</u>, Docket No. 5:21-CR-97-FL, which is being prosecuted in this District, is related as these matters arise from the same conspiracy. If this case were to be presided over by a different judge, it would result in a substantial duplication of labor if heard by different judges. <u>See</u> EDNC Local Criminal Rule 50.1(a).

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney